# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARK A. CARMOLINGO, SR. AND | : | |
| KAREN L. CARMOLINGO | : | |
| DEBTORS | : | BANKRUPTCY NO. 14-17449-JKF |

## ORDER

AND NOW, this _____ day of _____, 2015, upon consideration of Debtors' Objection to the Proof of Claim of Wells Fargo Bank, N.A. (Claim No. 4),

IT IS HEREBY ORDERED, that the Wells Fargo Bank, N.A. (Claim No. 4) is disallowed in its entirety and hereby stricken.

BY THE COURT

_____
Hon. Jean K. FitzSimon
United States Bankruptcy Judge

cc:
Christian A. DiCicco, Esq.
2008 Chestnut Street
Philadelphia, PA 19103

Wells Fargo Bank, N.A.
Attn: Bankruptcy Dept.
MAC# T7416-023
4101 Wiseman Blvd.
San Antonio, TX, 78251-4201

William C. Miller, Esquire
Standing Chapter 13 Trustee
111 South Independence Mall, Suite 583
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107