***POWERS, KIRN, & ASSOCIATES, LLC***
15-0581

8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: (215) 942-2090
Fax: (215) 942-8661

October 27, 2017

Christian A. DiCicco, Esquire
Email: cdicicco@myphillybankruptcylawyer.com

    RE:    WELLS FARGO BANK, N.A. vs.
            Mark A. Carmolingo, Sr.; Karen L. Carmolingo
            Chapter 13; BK#: 14-17449 AMC
            Type of Action: Notice of Default

Dear Sir or Madam:

    The enclosed stipulation executed by the parties in the above referenced matter requires the Debtors to remain current on the monthly post petition mortgage payments. However, as of the date of this letter, WELLS FARGO BANK, N.A. has not received following payments:

| | |
|---|---:|
| Regular Payments: 4/1/2017 – 10/1/2017 @ $1,383.26 | $9,682.82 |
| Less Debtor Suspense | ($833.74) |
| **TOTAL** | **$8,849.08** |

    Therefore, the Debtors are currently in default of the agreed stipulation. The amount needed to cure the default is **$8,849.08**. This payment must be made in certified funds.

    In accordance with said stipulation, this shall serve as fifteen (15) days written notice of default. If the default is not cured within fifteen (15) days of the date of this letter *(11/11/2017)*, then my client may certify said default to the Court and an Order will be entered granting Relief from the Automatic Stay.

    ***\*\*Please note – An additional* $1,383.26 *will come due on* 11/1/2017.***

If you should have any questions, please contact my office.

            Very truly yours,

            **/s/ Christopher Amann,**
            Christopher Amann, paralegal,
            For Jill Manuel-Coughlin, Esquire

Payments should be sent to:
Wells Fargo Bank N.A.
Attention: Bankruptcy Payment Processing/MAC #X2302-04C
One Home Campus
Des Moines, IA 50328

JMC/cga
encl.
cc:    Mark A. Carmolingo, Sr.
       Karen L. Carmolingo
       101 Crozerville Road
       Aston, PA 19014

